# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Teel, Samuel M. | U.S. Bankr. Ct. D.D.C. | 04/23/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States Courthouse
333 Constitution Ave., N.W.
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Executive Committee | Walter Chandler American Inn of Court |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 04/23/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Salary from U.S. Department of State |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10/07/2014 - 10/11/2014 | Chicago, MD | Endowment Board meeting and attend NCBJ Annual Meeting | Transportation, hotel, meals. |
| 2. | Maryland Bankruptcy Bar Association | 05/02/2014 - 05/03/2014 | Annapolis, MD | Annual Meeting - Spoke on consumer bankruptcy issues | Hotel, breakfast, food at reception |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 04/23/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Stocks are common unless marked preferred. L.P. means | | | | | | | | | |
| 2. limited partnership. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. BROKERAGE ACCOUNT #1B | | | | | | | | | |
| 5. Schwab Govt Money Fund and cash swept therein | | None | M | T | | | | | |
| 6. Abbott Labs Inc (ABT) | A | Dividend | K | T | Buy (add'l) | 09/08/14 | J | | |
| 7. Accenture PLC CL A | A | Dividend | K | T | | | | | |
| 8. Ametek Inc. New (AME) | A | Dividend | K | T | | | | | |
| 9. Amgen Inc. | A | Dividend | K | T | Buy (add'l) | 04/23/14 | J | | |
| 10. Amphenol Corp Class A | A | Dividend | K | T | | | | | |
| 11. ANSYS INC (ANSS) | | None | K | T | Buy (add'l) | 09/18/14 | J | | |
| 12. Apple Computer (AAPL) | A | Dividend | K | T | | | | | |
| 13. Automatic Data Processing Inc (ADP) | A | Dividend | K | T | | | | | |
| 14. Autozone Inc.(AZO) | | None | K | T | | | | | |
| 15. BCE Inc. (BCE) | A | Dividend | | | Sold | 09/18/14 | J | B | |
| 16. Becton Dickinson & Co. | A | Dividend | K | T | Buy | 03/28/14 | K | | |
| 17. CDK Global Inc. | A | Dividend | | | Spinoff (from line 13) | 09/30/14 | P4 | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 10/01/14 | J | A | |
| 19. | | | | | Sold | 12/10/14 | J | B | |
| 20.  Celegene Corp (CELG) | | None | K | T | | | | | |
| 21.  Church & Dwight Co. Inc. (CHD) | A | Dividend | K | T | | | | | |
| 22.  Comcast | A | Dividend | K | T | Buy (add'l) | 01/09/14 | J | | |
| 23.  Core Labs NV F | | None | | | Buy | 04/20/14 | K | | |
| 24. | | | | | Sold | 10/24/14 | J | | No gain |
| 25.  Danaher Corp. Del. (DHR) | A | Dividend | K | T | | | | | |
| 26.  Davita Corp. | | None | K | T | | | | | |
| 27.  DIRECTV | | None | | | Sold (part) | 06/06/14 | J | C | |
| 28. | | | | | Sold | 09/08/14 | K | D | |
| 29.  Dominion Res. Inc. Va. New (D) | A | Dividend | | | Sold | 09/08/14 | J | C | |
| 30.  Dr. Pepper Snapple Group | A | Dividend | K | T | Buy (add'l) | 03/28/14 | J | | |
| 31.  Ecolab Inc. (ECL) | A | Dividend | K | T | | | | | |
| 32.  Fiserv Inc (FISV) | | None | J | T | Sold (part) | 02/04/14 | J | B | |
| 33.  Gallagher Arthur J & Co. | A | Dividend | | | Sold | 09/18/14 | K | B | |
| 34.  Google Inc. Cl. A VTG | | None | K | T | Buy | 03/28/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Google Inc. CL C | | None | | | Spinoff (from line 34) | 04/02/14 | J | | |
| 36. | | | | | Sold | 06/06/14 | J | | No gain |
| 37. Grainger WW (moved WW Grainger to here to jibe with broker's listing) | A | Dividend | J | T | | | | | |
| 38. Henry Schein Inc. (HSIC) (moved to Schein Henry to jibe with broker's | | | | | | | | | |
| 39. with broker's listing) | | | | | | | | | |
| 40. Idexx Labs Inc. (IDXX) | | None | K | T | | | | | |
| 41. Intercont'l Hotel New ADR F | B | Dividend | | | Sold | 07/02/14 | J | A | |
| 42. Intercont'l Hotel New ADR F (new shares afer share consolidation) | A | Dividend | | | Spinoff (from line 41) | 07/01/14 | K | | |
| 43. | | | | | Sold | 09/18/14 | K | C | |
| 44. Intuit (INTU) | A | Dividend | K | T | Buy (add'l) | 01/09/14 | J | | |
| 45. JM Smucker Co. (SJM) | A | Dividend | | | Sold | 09/18/14 | K | D | |
| 46. Kirby Corp. (KEX) | | None | | | Buy (add'l) | 01/17/14 | J | | |
| 47. | | | | | Sold (part) | 02/19/14 | J | | No gain |
| 48. | | | | | Sold (part) | 02/19/14 | J | C | |
| 49. | | | | | Sold | 04/16/14 | J | D | |
| 50. Luxottica Group SPA ADR F | A | Dividend | | | Sold (part) | 08/21/14 | J | | No gain |
| 51. | | | | | Sold (part) | 08/21/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 09/08/14 | J | B | |
| 53. Mastercard Inc. | A | Dividend | | | Sold (part) | 02/04/14 | J | B | |
| 54. | | | | | Sold | 12/15/14 | K | D | |
| 55. McCormick & Co Inc Non-Voting (MKC) | A | Dividend | K | T | | | | | |
| 56. McDonald's Corp. | A | Dividend | | | Sold (part) | 01/21/14 | J | A | |
| 57. | | | | | Sold | 03/10/14 | J | A | |
| 58. Nextera Energy Inc (NKE) | A | Dividend | K | T | | | | | |
| 59. Nike Inc. Class B Common (NKE) | A | Dividend | K | T | | | | | |
| 60. Novartis AG Spon ADR | | None | K | T | Buy (add'l) | 04/23/14 | J | | |
| 61. | | | | | Buy (add'l) | 09/08/14 | J | | |
| 62. Novo Nordisk ADR (NVO) | A | Dividend | K | T | | | | | |
| 63. PPG Industries Inc. | A | Dividend | K | T | Buy | 01/23/14 | K | | |
| 64. Praxair Inc. (PX) | A | Dividend | K | T | | | | | |
| 65. Public Storage Inc.(PSA) (appears under "Other Assets" on broker st't) | A | Dividend | J | T | Buy (add'l) | 04/23/14 | J | | |
| 66. --Capital gain distribution | A | Distribution | | | | | | | |
| 67. Questar Corp. (STR) | A | Dividend | | | Sold | 02/10/14 | J | C | |
| 68. Roper Inds. Inc. New (ROP) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ross Stores Inc Com (ROST) | A | Dividend | | | Sold (part) | 05/14/14 | J | A | |
| 70. | | | | | Sold (part) | 06/20/14 | J | | No gain |
| 71. | | | | | Sold | 06/20/14 | J | A | |
| 72. Schein Henry Inc. (Moved Henry Schein here) (HSIC) | | None | K | T | Sold (part) | 02/04/14 | J | B | |
| 73. Sigma Aldrich Corp. (SIAL) | A | Dividend | K | T | | | | | |
| 74. Starbucks Corp. | A | Dividend | K | T | Buy | 09/18/14 | K | | |
| 75. Stericycle Inc. (SRCL) | | None | K | T | | | | | |
| 76. Thermo Fisher Scientific Inc. (TMO) | A | Dividend | K | T | | | | | |
| 77. Toro Co (TTC) | A | Dividend | K | T | | | | | |
| 78. Toronto Dominion Bk Ont. (TD) | A | Dividend | J | T | Sold (part) | 04/16/14 | J | | |
| 79. | | | | | Buy (add'l) | 09/08/14 | J | | |
| 80. Trimble Nav. Ltd. (TRMB) | | None | J | T | | | | | |
| 81. United Technologies Corp. (UXT) | A | Dividend | K | T | | | | | |
| 82. VF Corp. | A | Dividend | L | T | Buy | 03/28/14 | K | | |
| 83. W W Grainger Inc. (GWW) (moved to Grainger WW to jibe with broker's | | | | | | | | | |
| 84. statement's listing) | | | | | | | | | |
| 85. COLORADO SPRINGS CO UTIL 4.75% DUE 11-15-25 | B | Interest | L | T | Buy | 09/05/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Teel, Samuel M. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | Dallas TX Indpt. Sch. 5% dtd. 02/15/04 due 022/15/23 | A | Interest | | | Redeemed | 02/15/14 | K | | No gain |
| 87. | Delaware St. 5%15 GO due 08/01/15 | C | Interest | | | Redeemed | 08/01/14 | K | | No gain |
| 88. | El Paso Co., Colorado Sch. Dist. Rev. 5% due 12/15/16 | B | Interest | L | T | | | | | |
| 89. | Northside IDS 5.25% due 08/15/19 | C | Interest | L | T | | | | | |
| 90. | Pennsylvania St. Tpk. 5%1 due 09/01/22 | C | Interest | L | T | Buy | 02/27/14 | L | | |
| 91. | PittsburghPA SCD Ref Ser D 5% due 06-01-20 | | None | K | T | Buy | 12/30/14 | K | | |
| 92. | Port Olympia, Washington 5.5% due 12/01/16 | C | Interest | L | T | | | | | |
| 93. | Princeton NJ Regl. Sch. Dist. Rev. dtd 07/03/09 4.000% due | A | Interest | K | T | | | | | |
| 94. | 02/01/08 | | | | | | | | | |
| 95. | South Portland ME School Dist. Rev. 05-30-2012 4% 7-15-2021 | B | Interest | L | T | | | | | |
| 96. | Upper Merion PA Sch. Dist. Rev. 5% due 02/15/18 | B | Interest | | | Redeemed | 08/15/14 | K | | |
| 97. | Washington St. Gen. Oblig. dtd 07/26/2005 5.000% due | C | Interest | L | T | | | | | |
| 98. | 07/01/2020 | | | | | | | | | |
| 99. | | | | | | | | | | |
| 100. | BROKERAGE ACCOUNT NO. 2 | | | | | | | | | |
| 101. | Schwab Govt. Money Fund and cash to be swept therein. | A | Dividend | L | T | | | | | |
| 102. | Abbott Labs Inc | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Accenture PLC CL A | A | Dividend | J | T | | | | | |
| 104. Ametek Inc New (AME) | A | Dividend | J | T | | | | | |
| 105. Amgen | A | Dividend | J | T | | | | | |
| 106. Amphenol Corp New CL A | A | Dividend | J | T | | | | | |
| 107. Apple Computer (AAPL) | A | Dividend | K | T | | | | | |
| 108. Automatic Data Processing Inc | A | Dividend | J | T | | | | | |
| 109. BCE Inc. (BCE) | A | Dividend | | | Sold | 09/18/14 | J | B | |
| 110. CDK Global Inc. | A | Dividend | | | Spinoff (from line 108) | 09/30/14 | J | | |
| 111. | | | | | Sold (part) | 10/01/14 | J | A | |
| 112. | | | | | Sold | 12/10/14 | J | A | |
| 113. Celegene Corp | | None | J | T | | | | | |
| 114. Comcast Corp. Class A | A | Dividend | J | T | | | | | |
| 115. DAVITA HEALTHCARE PTNR | | None | J | T | | | | | |
| 116. DIRECTV | | None | | | Sold (part) | 06/06/14 | J | A | |
| 117. | | | | | Sold | 09/08/14 | J | A | |
| 118. Ecolab Inc. (ECL) | A | Dividend | K | T | | | | | |
| 119. EQT Corp. | | None | | | Buy | 03/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 04/16/14 | J | A | |
| 121. | | | | | Sold | 04/16/14 | J | A | |
| 122. Express Scripts Hldg | | None | J | T | | | | | |
| 123. Fastenal Corp. (FAST) | A | Dividend | | | Sold | 02/04/14 | K | D | |
| 124. Fiserv Inc (FISV) | | None | J | T | Sold (part) | 02/04/14 | J | A | |
| 125. Grainger WW (moved WW Grainger here to jibe with broker's listing) | A | Dividend | J | T | Sold (part) | 06/20/14 | J | C | |
| 126. Idexx Labs Inc. (IDXX) | | None | J | T | | | | | |
| 127. Intuit (INTU) | A | Dividend | J | T | | | | | |
| 128. Luxottica Group ADR | A | Dividend | | | Sold (part) | 08/21/14 | J | A | |
| 129. | | | | | Sold | 09/08/14 | J | A | |
| 130. McDonald's Corp. (MCD) | A | Dividend | | | Sold | 03/10/14 | J | A | |
| 131. Nextera Energy Inc. (NEE) | A | Dividend | J | T | | | | | |
| 132. Novartis AG ADR | A | Dividend | J | T | | | | | |
| 133. Novo Nordisk ADR (NVO) | A | Dividend | J | T | | | | | |
| 134. Nuance Communications, Inc. (NUAN) | | None | J | T | | | | | |
| 135. PPG Industries Inc. | A | Dividend | J | T | | | | | |
| 136. Praxair Inc. (PX) | A | Dividend | J | T | Sold (part) | 08/21/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Public Storage Inc. (PSA) (Broker st't lists under "Other Assets") | A | Dividend | J | T | | | | | |
| 138. | A | Distribution | J | | | | | | |
| 139. Roper Indus. Inc. (ROP) | A | Dividend | K | T | | | | | |
| 140. Ross Stores Inc Com (ROST) | A | Dividend | | | Sold | 05/14/14 | J | A | |
| 141. SCHEIN HENRY INC (HSIC) | | None | J | T | Sold (part) | 02/04/14 | J | A | |
| 142. Stericycle Inc (SRCL) | | None | J | T | | | | | |
| 143. Thermo Fisher (TMO) | A | Dividend | J | T | | | | | |
| 144. Toro Co (TTC) | A | Dividend | J | T | | | | | |
| 145. United Technologies Corp. (UTX) | A | Dividend | J | T | | | | | |
| 146. WW Grainger Inc. GWW) (moved to Grainger WW to jibe with broker's | | | | | | | | | |
| 147. listing of this holding) | | | | | | | | | |
| 148. El Paso County, Colorado Sch. Dist. revenue 5% Due 12/15/16 | B | Interest | K | T | | | | | |
| 149. Maine St. Muni Bond Bank Rev. Bond 5% to 11//01/20 | B | Interest | K | T | | | | | |
| 150. Pa. State 5%16 GO due 11/01/16 | B | Interest | K | T | | | | | |
| 151. Pa. State GO 5.000% due 10/01/22 | B | Interest | K | T | | | | | |
| 152. Va. Commonwealth 5% due 06/01/19 | B | Interest | K | T | | | | | |
| 153. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. MUTUAL FUND HELD WITH MUTUAL FUND CO. DIRECTLY | | | | | | | | | |
| 155. Fidelity Puritan Fund | A | Dividend | K | T | | | | | |
| 156. [capital gain distribution] | B | Distribution | | | | | | | |
| 157. | | | | | | | | | |
| 158. BANK ACCOUNTS: | | | | | | | | | |
| 159. Wells Fargo money mkt. Acct. | A | Interest | L | T | | | | | |
| 160. Wells Fargo (Wachovia Bank) checking account | A | Interest | J | T | | | | | |
| 161. State Dept. Fed. Credit Union | A | Interest | L | T | | | | | |
| 162. Justice Dept. FCU | A | Interest | J | T | | | | | |
| 163. | | | | | | | | | |
| 164. INTERESTS AS LIMITED PARTNERS OR AS A RESULT OF SUCH | | | | | | | | | |
| 165. Pioneer Natural Resources Co. (PXD) | A | Dividend | J | T | | | | | |
| 166. Real Estate Assocs. Ltd. VI L.P. | A | Distribution | | | Closed | 12/31/14 | J | | No gain |
| 167. | | | | | | | | | |
| 168. IRA ACCOUNT NO. 1: | A | Dividend | L | T | | | | | |
| 169. | A | Interest | | | | | | | |
| 170. --Schwab Govt. Money Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --Abbott Labs. | | | | | Buy | 09/11/14 | J | | |
| 172. --Ametek Inc New | | | | | | | | | |
| 173. --Amphenol Corp. Class A | | | | | | | | | |
| 174. --ANSYS INC | | | | | | | | | |
| 175. --Autozone Inc. | | | | | | | | | |
| 176. --Church & Dwight Inc | | | | | | | | | |
| 177. --Comcast | | | | | | | | | |
| 178. --Gallagher Arthur J & Co. | | | | | Sold | 09/18/14 | J | A | |
| 179. --Intuit | | | | | | | | | |
| 180. --Luxottica Grp. SPA ADR F | | | | | Sold | 08/26/14 | J | A | |
| 181. --Novartis AG ADR | | | | | Buy | 09/11/14 | J | | |
| 182. --Stericycle Inc | | | | | | | | | |
| 183. --Target Corp bond 3.875% 07/15/2020 | | | | | | | | | |
| 184. --SPDR Gold Trust [This asset was sold 06/24/13 at a Value Code of J | | | | | | | | | |
| 185. and a Gain Code of A, and should not be on this report. The report | | | | | | | | | |
| 186. for 2013 is amended to reflect the foregoing transaction.] | | | | | | | | | |
| 187. --Thermo Fisher Scientific | | | | | Buy | 09/11/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | | | | | |
| 189. IRA ACCOUNT NO. 2: | A | Dividend | L | T | | | | | |
| 190. | B | Interest | | | | | | | |
| 191. --Schwab Govt. Money Fund | | | | | | | | | |
| 192. --Baxter International 5.9% Bond due 09/01/16 | | | | | | | | | |
| 193. --Abbott Labs | | | | | Buy | 09/11/14 | J | | |
| 194. --Ametek Inc. New | | | | | | | | | |
| 195. --Ansys | | | | | Buy | 09/18/14 | J | | |
| 196. --Autozone Inc. | | | | | | | | | |
| 197. --Church & Dwight | | | | | | | | | |
| 198. --Comcast [Purchase on 08/09/13 at value Code J should have been | | | | | | | | | |
| 199. reported on last year's report, and that report is hereby amended.] | | | | | | | | | |
| 200. --Davita Healthcare Prtners Inc. | | | | | | | | | |
| 201. --DIRECTV | | | | | Sold | 06/06/14 | J | A | |
| 202. --Express Scripts Hldg | | | | | | | | | |
| 203. --Fiserv Inc. | | | | | Sold (part) | 02/04/14 | J | A | |
| 204. --Gallagher Arthur J. & Co. | | | | | Sold | 09/18/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Teel, Samuel M. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. --Henry Schein Inc. (HSIC) | | | | | Sold (part) | 02/04/14 | J | B | |
| 206. --Intercontinental Hotels Spons. ADR | | | | | Sold | 07/02/14 | J | A | |
| 207. --Intercontinental Hotels New ADR F | | | | | Spinoff (from line 206) | 07/01/14 | J | | |
| 208. | | | | | Sold | 09/18/14 | J | A | |
| 209. --McCormick & Co. Inc Non Voting | | | | | | | | | |
| 210. --Nike Inc. Class B | | | | | Buy | 01/09/14 | J | | |
| 211. --Novartis AG ADR | | | | | Buy | 09/08/14 | J | | |
| 212. --Starbucks Corp. | | | | | Buy | 09/18/14 | J | | |
| 213. --Trimble Nav. Ltd. | | | | | | | | | |
| 214. --United Technologies | | | | | | | | | |
| 215. | | | | | | | | | |
| 216. INSURANCE POLICIES (CASH SURRENDER VALUES): | | | | | | | | | |
| 217. Mass Mutual Life Ins. Co. (S is insured) | B | Dividend | L | T | | | | | |
| 218. Mass. Mutual Life Ins. Co. (I am insured) | B | Dividend | L | T | | | | | |
| 219. General American Life Ins. Co. | | None | K | T | | | | | |
| 220. | | | | | | | | | |
| 221. REAL PROPERTIES: | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. House No. 1 ("O/C") in Chesterfield Co., Va. | D | Rent | M | S | | | | | |
| 223. Assessed at 100% of value, at $164,900 as of 01/01/2014 | | | | | | | | | |
| 224. House, Richmond, Va. Assessed on June 25, 2014 | D | Rent | M | S | | | | | |
| 225. at 100% of value as of 07/01/2014 at $163,000 | | | | | | | | | |
| 226. House, Property No. 2 in Chesterfield Co., Va. | D | Rent | M | S | | | | | |
| 227. Assessed January 1, 2014, at $178,000 at 100% of value | | | | | | | | | |
| 228. | | | | | | | | | |
| 229. INTEREST IN SETTLEMENT FUND | | | | | | | | | |
| 230. AOL Time Warner, Inc. Securities & ERISA Litigation | | None | J | W | Closed | 12/31/14 | | | |
| 231. Settlement Fund. [I believe all distributions must have been made | | | | | | | | | |
| 232. from this litigation and thus I am treating this as closed out in | | | | | | | | | |
| 233. 2014 when it became apparent there will be no more distributions with | | | | | | | | | |
| 234. no value on closing (Column D(3)) and no Gain (Column D(4)) on | | | | | | | | | |
| 235. closing.] | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 04/23/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Samuel M. Teel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544